UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

PETER FEVRIER
*Individually and on behalf of others similarly situated,*

                  **Plaintiff**

v.

                  Index No. 17-CV-3419 (GBD)

MD GARDENS CORP., M & D LANDSCAPING
AND GARDENING CORP., M & D NURSERY AND
EQUIPMENT CORP., GERARDO MASTROGIULIO,
and CARMINE MASTROGIULIO,

                  **Defendants.**

----------------------------------------------------------------x

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR APPROVAL OF FLSA SETTLEMENT**

It is hereby ORDERED on this ___ day of _____, 201_, upon the attached motion of Plaintiff seeking judicial approval of the FLSA settlement, after reviewing said motion, along with the exhibits attached thereto, as well as any opposition and reply, that the motion is hereby GRANTED and FURTHER ORDERS that:

1. Approval of the Settlement Agreement in the amount of $6500.00 is granted; and

2. The Klein Law Group's request for attorneys' fees in the amount of $2166.00 in this action is approved; and

3. The entire lawsuit is dismissed with prejudice and without costs to any party.

Dated: New York, New York
      NOV 14 2017, 201_

                                    By: _____
                                         Hon. George B. Daniels